

# NUMBER 13-18-00031-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE NORMA RAMIREZ

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Hinojosa
### Per Curiam Order

Relator Norma Ramirez filed a petition for writ of mandamus in the above cause on January 17, 2018. Through this original proceeding, relator seeks to compel the disqualification of Daniel "Danny" Diaz as a candidate for Chairman of the Hidalgo County Democratic Party, or alternatively, that the trial court be required to vacate its order of dismissal and adjudicate the claims raised in this original proceeding. The Court requests that the real party in interest, Diaz, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the

expiration of the business day on Tuesday, January 23, 2018.  *See* TEX. R. APP. P. 52.2,

52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
18th day of January, 2018.